AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### WESTERN   District of   KENTUCKY

| | |
|---|---|
| United States of America )<br>v.                          )<br>**Earl Osborne Ullwell III** )<br>_Defendant_               ) | Case No. 5: **11 CR-24-R** |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | UNITED STATES COURTHOUSE<br>501 BROADWAY, PADUCAH, KENTUCKY<br>35TH AND INDIANA ST.<br>FORT CAMPBELL, KENTUCKY | Courtroom No.: **3ᴿᴰ Floor** |
|---|---|---|
| | | Date and Time: **10.12.11 @ 11:00 a.m. C.T.** |

   **IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: **10-5-11**

_____
_Judge's signature_

**W. DAVID KING, magistrate judge**
_____
_Printed name and title_