UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:11CR-24-R

UNITED STATES OF AMERICA                                                    PLAINTIFF

V

EARL OSBORNE CALDWELL, III                                                  DEFENDANT

**O R D E R**

A telephonic further proceedings was held on October 25, 2011.
Appearing:
For the United States:    Larry E. Fentress, AUSA
For the Defendant:        Jamie L. Haworth

Terri Turner, Official Court Reporter, recorded the proceedings.

**IT IS ORDERED:**

A **telephonic further proceedings** is set on **December 2, 2011 at 9:30 a.m. CST**. The Court shall initiate the call to counsel.

The Defendant requested the additional time to review discovery, confer with the client, and the United States Attorney and to consider any possible resolution. The parties agreed this time should be excluded from the Speedy Trial Act.

Defendant agrees, in the interest of justice, and pursuant to 18 USC §3161(h)(8)(A), §3161(h)(8)B)(i), §3161(h)(8)(B)(ii), and §3161(h)(8)(B)(iv), the period of delay between October 25, 2011 and December 2, 2011 is excluded from the time allowed for a speedy trial, as stated in the official record.


cc:     Counsel
        AUSA

P 12